


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>JEFFREY ROGIERS,<br><br>Defendant. | Case No. 4:17-mj-71133-MAG-1 (DMR)<br><br>Charging District: Southern District of New York<br><br>Charging District's Case No.: 17-CRIM-503 |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court,<br>Southern District of New York<br>40 Foley Square<br>New York, New York 10007 | Courtroom No.: 906<br>Date and Time: August 18, 2017 10:00 a.m.<br>Honorable Alison J. Nathan |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 16, 2017

_____
DONNA M. RYU
United States Magistrate Judge